```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MICHAEL A. WHEABLE
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-mj-0329 KJN |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JOSEPH BATTERTON, | ) | |
| Defendant. | ) | |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss No. 2:10-MJ-0329 KJN is GRANTED and all dates in this matter are VACATED.

IT IS SO ORDERED.

Dated: December 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE